Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW



**Matthew Stratton**
212.309.6250
mstratton@morganlewis.com

October 5, 2007

**VIA HAND DELIVERY**

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

Re:   Collins v. University Press of Mississippi et al., No. 07-cv-7067(SHS)

Dear Judge Stein:

We write to advise you regarding the above action prior to the case management conference set for Thursday, October 11, 2007 at 10:30 a.m. At this time, the complaint has not yet been served, and service likely will not be completed before the conference. We expect to complete service on one or more of the defendants within the next few weeks, and will promptly alert the court when completed. While we stand ready to appear if the Court so wishes, we believe it appropriate to postpone the conference for one month so that defendants will be served and ready to appear.

*The conference is adjourned to Nov. 16, 2007, at 11:30 a.m.*

SO ORDERED 10/9/07

SIDNEY H. STEIN
U.S.D.J.

1-NY/2232242.1



Honorable Sidney H. Stein
October 5, 2007
Page 2

Respectfully submitted,

Matthew Stratton