# AFFIDAVIT

STATE OF NEW YORK     )
                      : ss
COUNTY OF NEW YORK    )

ALBERT ANTENOR, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action.

2. On October 12, 2007, at approximately 10:15 a.m. at the offices of Photofest, located at 32 East 31st Street, 5th Floor, New York, New York, 10016, I personally served a Summons and Complaint on Photofest by leaving the same with Howard Mandelbaum.

3. Mr. Mandelbaum may be described as a Caucasian male, approximately 50-60 years of age, 5'7" tall, 160 lbs. with gray hair.

_____
ALBERT ANTENOR

Sworn to before me this
15 day of October 2007

_____
Notary Public

CHARLES M. CALVARUSO
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 2010

1-NY/2235416.1