UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH COLLINS                         )
                                        )
                 Plaintiff,             )  Case No. 07 Civ. 7067 (SS)
                                        )
         v.                             )
                                        )  **NOTICE OF APPEARANCE**
UNIVERSITY PRESS OF MISSISSIPPI         )
AND PHOTOFEST, INC.,                    )
                                        )
                 Defendants.            )

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance as counsel for defendant Photofest, Inc. and demand that copies of all papers in this action be served upon the undersigned, to the attention of Nancy E. Wolff, Esq. and Toby M. J. Butterfield, Esq. at the office and address stated below.

Dated: New York, New York
       November 1, 2007

                          COWAN, DEBAETS, ABRAHAMS &
                          SHEPPARD LLP

                          By: _____
                              Toby M. J. Butterfield
                              Nancy E. Wolff
                          41 Madison Avenue, 34th Floor
                          New York, New York 10010
                          Telephone: (212) 974-7474
                          Telecopier: (212) 974-8474

                          Attorneys for Defendant Photofest, Inc.

{A060805.DOC\1}