UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH COLLINS,<br><br>               Plaintiff,<br><br>v.<br><br>UNIVERSITY PRESS OF MISSISSIPPI<br>AND PHOTOFEST, INC.,<br><br>               Defendants. | ) ) ) ) Case No. 07 Civ. 7067 (SS)<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>) |

      **PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendant Photofest, Inc. and demand that copies of all papers in this action be served upon the undersigned, to the attention of Nancy E. Wolff, Esq. and Toby M. J. Butterfield, Esq. at the office and address stated below.

Dated: New York, New York
       November 1, 2007

                             COWAN, DEBAETS, ABRAHAMS &
                              SHEPPARD LLP

                           By: _____
                              Toby M. J. Butterfield
                              Nancy E. Wolff
                           41 Madison Avenue, 34th Floor
                           New York, New York 10010
                           Telephone: (212) 974-7474
                           Telecopier: (212) 974-8474

                           Attorneys for Defendant Photofest, Inc.

{A060805.DOC\1}