▲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/26/07 | |
| NAME OF SERVER (PRINT) Brittany Bensley | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3825 Ridgewood Rd. Jackson, MS 39211

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/07
             Date

Signature of Server: Brittany Bensley

Address of Server: 1456 Ellis Ave Jackson, MS 39211

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.