UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

KENNETH COLLINS,

                  Plaintiff,

     against

UNIVERSITY PRESS OF MISSISSIPPI,
and PHOTOFEST, INC.

                  Defendant.
-------------------------------------------------------

**RULE 7.1 STATEMENT**

Case No. 07cv7067
Judge SHS
ECF Case

Pursuant to Rule of Federal Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Photofest, Inc. (a private non-governmental party) certifies that it has no parent corporation and that there is no publicly held corporation that holds 10% or more of its stock.

Dated: November 12, 2007

By: /s/ Nancy E. Wolff
Nancy E. Wolff
Toby M. J. Butterfield
Cowan, DeBaets, Abrahams, &
Sheppard, LLP
41 Madison Avenue
New York, NY 10010
(212) 974-7474
Attorneys for Defendant Photofest, Inc.