STATE OF MISSISSIPPI



JIM HOOD
ATTORNEY GENERAL



November 7, 2007

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

      RE:   *Collins v. University Press of Mississippi and Photofest, Inc.*
             Civil Case No. 07-cv-7067-SHS

Dear Judge Stein:

    I represent University Press of Mississippi ("University Press") in the above-referenced copyright matter. A summons and complaint were served on University Press on or about October 26, 2007, thereby requiring an answer or responsive pleading by November 15, 2007. I am currently not a member of the New York bar and in the process of moving for admission *pro hac vice* with the assistance of the New York Attorney General's Office and counsel for our co-defendant, Photofest, Inc. Counsel for the plaintiff has orally agreed to additional time for the University Press to answer or responsively plead based on the circumstances and the time involved in admission *pro hac vice*. Moreover, a Case Management Conference ("CMC") in this matter is scheduled for November 16, 2007, at 11:30 a.m.

    University Press requests that, based on the circumstances, the Court approve a modified schedule to allow sufficient time for proper bar admission and entry of appearance on behalf of University Press and for University Press to answer or respond to the complaint and that the CMC be adjourned until a later date to also allow for proper preparation for the CMC. Thank you for your consideration in this matter.

*[Handwritten note:* Initial Pretrial Conf. remains at 11/16/07 at 11:30 AM. Out of town attorneys may appear by phone (212-805-0087). Mr. Schanmel may participate by phone.*]*

SO ORDERED 11/14/07

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

MISSISSIPPI DEPARTMENT OF TRANSPORTATION • POST OFFICE BOX 1850 • JACKSON, MISSISSIPPI 39215-1850
TELEPHONE (601) 359-7600 • TELEFAX (601) 359-7774

Honorable Sidney H. Stein
Page 2
November 7, 2007

Sincerely,

*Larry A. Schemmel*

Larry A. Schemmel
Special Assistant Attorney General
State of Mississippi

LAS/lat
c:    Seetha Srinivasan, University Press of Mississippi
      Nancy E. Wolff, Esq.,
         Cowan, DeBaets, Abrahams & Sheppard LLP
      Matthew D. Stratton, Esq.,
         Morgan, Lewis & Bockius LLP

I:\larry\copyright\IHL\collinsltr.stein