```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
                                          DATE FILED: 11/19/07
```

------------------------------------------------------------x

KENNETH COLLINS,                      :     07 Civ. 7067 (SHS)

                Plaintiff,      :

     -against-                       :     <u>ORDER</u>

UNIVERSITY PRESS OF MISSISSIPPI and    :
PHOTOFEST INC.,
                                :
                Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for plaintiff and defendant Photofest present and counsel for University Press of Mississippi appearing via telephone,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for December 7, 2007, at 10:30 a.m.; and

    2.    The last day for defendant University Press to answer or move with respect to the complaint is December 28, 2007.

Dated: New York, New York
       November 16, 2007

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.