UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

KENNETH COLLINS,

                            Plaintiff,

      -against-

UNIVERSITY PRESS OF MISSISSIPPI, and PHOTOFEST, INC.,

                           Defendants.

ORDER ADMITTING
LARRY A. SCHEMMEL
PRO HAC VICE

07-CV-7067 (SHS)

Upon the motion of June Duffy, an Assistant Attorney General in the Office of the New York State Attorney General Andrew M. Cuomo, and the Affidavit of June Duffy, sworn to December 5, 2007, it is

    ORDERED, that

           LARRY A. SCHEMMEL
           Mississippi Bar No. 9811
           Special Assistant Attorney General
           Mississippi Department of Transportation
           P.O. Box 1850
           Jackson, MS 39215-1850
           (601) 359-7600
           (601) 359-7774 FAX
           ischemmel@mdot.state.ms.us

is admitted to practice *pro hac vice* in this action in the United States District Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: New York, New York
          December 19, 2007

                                                SO ORDERED

                                                Sidney H. Stein
                                                UNITED STATES DISTRICT JUDGE