```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

KENNETH COLLINS,                          :        07 Civ. 7067 (SHS)

                        Plaintiff,        :

            -against-                     :        ORDER

UNIVERSITY PRESS OF MISSISSIPPI and       :
PHOTOFEST INC.,

                                          :

                        Defendants.
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  A pretrial conference having been held today, with counsel for plaintiff and

defendant Photofest present and counsel for defendant University Press of Mississippi appearing

by telephone,

  IT IS HEREBY ORDERED that:

  1. The next pretrial conference is scheduled for January 25, 2008, at 10:00

a.m.; and

  2. The last day for fact discovery is March 7, 2008.

Dated: New York, New York
   December 6, 2007

              SO ORDERED:

              Sidney H. Stein, U.S.D.J.

MICROFILMED
DEC - 7 2007 -9 ᴇᴍ AM

Returned to chambers for scanning on 12/19/07.
Recd + Scanned by chambers on 12/21/07.