USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

RECEIVED
DEC 27 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**STATE OF MISSISSIPPI**

*[Handwritten note: The time for University Press to respond to the complaint is extended until January 14, 2008. So ordered. /s/ Sidney H. Stein 1/2/08]*

**JIM HOOD**
**ATTORNEY GENERAL**

BY FACSIMILE ONLY (212) 805-7924

December 27, 2007

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

      RE:   *Collins v. University Press of Mississippi and Photofest, Inc.*
            Civil Case No. 07-cv-7067-SHS

Dear Judge Stein:

    I represent University Press of Mississippi ("University Press") in the above-referenced copyright matter. In a previous case management conference, you extended the date for an answer from University Press to December 28, 2007. In light of my recent admission *pro hac vice* in the Southern District of New York; a recently-signed Settlement Agreement and Release executed by both University Press and Collins on December 21, 2007, whereby the plaintiff has agreed to dismiss the Press with prejudice; a signed Stipulation of Voluntary Dismissal to be filed by plaintiff's counsel (not yet filed); and the time and procedure involved in setting us up to file a document (answer) electronically in the SDNY, we request an extension to file an answer, in order to technically not be in default, to a date you find reasonable or, in the alternative, guidance as to your preference. The SDNY clerk's office indicated local counsel could file a document (answer) electronically on our behalf or we could file a paper document with the judge's approval. However, the New York Attorney General's office representative (who assisted in the motion *pro hac vice*) cannot file it for us electronically tomorrow since they will not be in the office. Today I also left a voicemail message for your court administrator, Laura Blakely, to contact me as to your guidance and preference.

MISSISSIPPI DEPARTMENT OF TRANSPORTATION • POST OFFICE BOX 1850 • JACKSON, MISSISSIPPI 39215-1850
TELEPHONE (601) 359-7600 • TELEFAX (601) 359-7774

Honorable Sidney H. Stein
Page 2
December 27, 2007

Thank you in advance for your consideration of this matter.

Sincerely,

Larry A. Schemmel
Special Assistant Attorney General
State of Mississippi

LAS/lat
c:   Nancy E. Wolff, Esq.,
     Cowan, DeBaets, Abrahams & Sheppard LLP
     Matthew D. Stratton, Esq.,
     Morgan, Lewis & Bockius LLP

I:\larry\copyright\IHL\collinsltr2.stein