UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
KENNETH COLLINS, :
: No. 07-cv-7067 (SHS) (KNF)
Plaintiff, :
: STIPULATION OF
v. : VOLUNTARY DISMISSAL
: PURSUANT TO
UNIVERSITY PRESS OF MISSISSIPPI, and : FED. R. CIV. P. 41(a)(1)(A)
PHOTOFEST INC., :
:
Defendants. : ECF Case
:
-----------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Kenneth Collins, Defendant University Press of Mississippi ("University Press"), and Defendant Photofest Inc. ("Photofest") hereby stipulate to the voluntary dismissal with prejudice of the complaint in this action.

_____
Signature of Plaintiff's Counsel

Morgan Lewis & Bockius LLP
Address
101 Park Avenue
New York, NY 10178
City, State & Zip Code

(212) 309-6250
Telephone Number

Dated: December 21, 2007

1-NY/2259357.2

_[signature]_
Signature of Photofest's Counsel

Cowan DeBaets Abrahams & Sheppard LLP
Address

41 Madison Ave., 34th floor, NY, NY 10010
City, State & Zip Code

212 974-7474
Telephone Number

Dated: December 21, 2007

_[signature]_
Signature of University Press' Counsel

Office of the Attorney General
Address
P.O. Box 1850
Jackson, MS 39215-1850
City, State & Zip Code

(601) 359-7600
Telephone Number

Dated: December 21, 2007